WESTERN ELECTRIC MANUFACTURING CO. V. L. E. CURTIS
ET AL.

(No. 554, Tex. L. J., vol. 2, p. 533.)

APPEAL from Galveston County.  Opinion by WINK-
LER, J.

§ 729. *Foreign corporation; proof of incorporation.*
Where a foreign corporation offered to prove its corpo-
rate capacity by the production of a copy of the general
law providing for the formation of such corporations as
that of the plaintiffs, passed by the general assembly of
Illinois, entitled "An act to authorize the formation of
corporations for manufacturing, mining, mechanical or
chemical purposes," which was certified by the secretary
of state of the state Illinois, under the great seal of state,
to be a true copy of an enrolled law of the state of Illi-
nois, giving title and date of approval, which evidence
was excluded by the court, *held* error.  The document
was properly authenticated, and was admissible as evi-
dence; and so, also, of the certificate of organization.

March 15, 1879.         Reversed and remanded.